IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DESTINY D. GOODSON and DANIEL  )
J. GOODSON, III,       )
    Petitioners,     )
            )
     v.      )  Civil Action No. 10-1615
            )
WASHINGTON COUNTY C.Y.S.,  et al., )
    Respondents.    )

O   R   D   E   R

   AND NOW, this 15th day of April 2011, after a petition for a writ of habeas corpus was filed by the petitioners, Destiny D. Goodson and Daniel J. Goodson, III, and after motions to dismiss the petition were submitted by respondents Washington County C.Y.S. and Washington County District Attorney's Office, and after a Report and Recommendation of the United States Magistrate Judge was issued, and the petitioners were accorded an opportunity to file written objections by April 11, 2011, and no objections having been filed, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the motions to dismiss the petition of Destiny D. Goodson and Daniel J. Goodson, III for a writ of habeas corpus submitted by Washington County District Attorney's Office (Document No. 12) and Washington County C.Y.S. (Document No. 13) are granted.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioners desire to appeal from this Order, they must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

<u>s/ Terrence F. McVerry</u>
United States District Judge